# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **IN RE: Moshay Barnes** ) | |
| ) | **Case No: 18 B 31174** |
| ) | **Judge:** Goldgar |
| ) | **Chapter** 13 |
| **Debtor** ) | |

## NOTICE OF MOTION

**Served upon the following parties electronically:**
**Office of United States Trustee**, Dirksen Federal Building, 219 S. Dearborn, St., Room 873, Chicago, IL 60604
**Trustee:** Marilyn O. Marshall, 224 S Michigan, Ste. 800, Chicago, IL 60604
**and served upon the following parties via U.S. Mail:**
**Debtor**: Moshay Barnes, 2210 W. Granville, Apt#1W, Chicago, IL 60659
**See Attached Service List**

PLEASE TAKE NOTICE that on October 1, 2019 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Goldgar, or any other Bankruptcy Judge presiding in his place in Courtroom 642 of the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois, on the attached Motion to Modify Plan, and shall request that the attached Order be entered, at which time you may appear if so desired.

## PROOF OF SERVICE

I, The undersigned, an attorney, hereby certify that a copy of this notice was served electronically or mailed to the above persons, at her respective addresses, postage prepaid, by depositing in the U.S. Mail at 211 W. Wacker Dr., Chicago, IL 60606, before 6:00 p.m. on or before September 10, 2019.


_____/s/ Angelica Harb_____
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-31174<br>Northern District of Illinois<br>Eastern Division<br>Tue Sep 10 17:39:04 CDT 2019 | NAVIENT SOLUTIONS,LLC ON BEHALF OF DEPT OF E<br>PO BOX 9635<br>WILKES BARRE, PA 18773-9635 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| AT&T Mobility II LLC<br>%AT&T SERVICES INC.<br>KAREN A. CAVAGNARO  PARALEGAL<br>ONE AT&T WAY, SUITE 3A104<br>BEDMINSTER, NJ. 07921-2693 | Aaron's Sales & Lease<br>Attn: Bankruptcy<br>Po Box 100039<br>Kennesaw, GA 30156-9239 | Cbe Group<br>Attn: Bankruptcy<br>1309 Technology Parkway<br>Cedar Falls, IA 50613-6976 |
| Chicago Patrolmen's Federal Credit Unio<br>Trunkett & Trunkett, P.C.<br>20 N Wacker Suite 1434<br>Chicago, IL 60606-2906 | City of Chicago Department of Finance<br>c/o Arnold Scott Harris, P.C.<br>111 W. Jackson Blvd Ste. 600<br>Chicago, IL 60604-3517 | City of Chicago Parking<br>Dept of Revenue<br>PO Box 88292<br>Chicago, IL 60680-1292 |
| Commonwealth Edison Company<br>Bankruptcy Department<br>1919 Swift Drive<br>Oakbrook Terrace, IL 60523-1502 | Dept of Ed / Navient<br>Attn: Claims Dept<br>Po Box 9635<br>Wilkes Barr, PA 18773-9635 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 |
| Forest Park Loan Company<br>DBA The Money Company<br>7204 Madison Street<br>Forest Park, IL 60130-3108 | Hertz<br>POB 121154<br>Dallas, TX 75312-1154 | LJ Ross Associates<br>4 Universal Way<br>Po Box 6099<br>Jackson, MI 49204-6099 |
| Med Business Bureau<br>1460 Renaissance Dr #400<br>Park Ridge, IL 60068-1349 | Midland Funding, LLC<br>Midland Credit Management, Inc. as agent<br>for Midland Funding, LLC<br>PO BOX 2011<br>Warren, MI 48090-2011 | Navient Solutions, LLC on behalf of<br>Department of Education Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 |
| People's Gas<br>401 S State St<br>Chicago, IL 60605-1229 | Premier Bankcard, Llc<br>Jefferson Capital Systems LLC Assignee<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | The Habitat Company<br>350 W Hubbard ste Suite 500<br>Chicago, IL 60654-5739 |
| The Illinois Tollway<br>PO Box 5544<br>Chicago, IL 60680-5491 | WAKEFIELD & ASSOCIATES<br>830 E PLATTE AVE UNIT A   PO BOX 58<br>FORT MORGAN, CO 80701-0058 | Angelica Harb<br>Law Office of Jason Blust, LLC<br>211 W. Wacker Dr., Ste. 300<br>Chicago, IL 60606-1390 |
| Jason Blust<br>Law Office of Jason Blust, LLC<br>211 W. Wacker Drive<br>Ste. 300<br>Chicago, IL 60606-1390 | Marilyn O Marshall<br>224 South Michigan Ste 800<br>Chicago, IL 60604-2503 | Moshay D Barnes<br>2210 W. Granville<br>Unit 1W<br>Chicago, IL 60659-2924 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     0<br>Total                 27 | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: Moshay Barnes** ) | |
| ) | **Case No:  18 B 31174** |
| ) | **Judge:     Goldgar** |
| ) | **Chapter   13** |
| **Debtor** ) | |

## MOTION TO MODIFY PLAN

Now comes Moshay Barnes (hereinafter referred to as "Debtor"), by and through her attorneys, and moves this Honorable Court for entry of an Order Modifying Plan, pursuant to section 1329 of the bankruptcy code, and in support thereof, respectfully represents as follows:

1. On November 5, 2018, the Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code.

2. This Honorable Court confirmed the Debtor's Chapter 13 plan on January 22, 2019.  The confirmed plan called for payments of $150.00 per month for 36 months paying unsecured creditors 10% on their claims.

3. The Debtor fell behind on plan payments because she left her job in June 2019 for maternity leave. The Debtor was previously working for a temp agency where she held only a temporary position. Due to the maternity leave, her previous employer decided not to hire her for a permanent position when she was ready to return to work in August 2019. As a result, the debtor was unable to keep up with her plan payments, her new child care expenses, and her regular household expenses. The Debtor has now secured employment with Vivid Seats for a full-time permanent position. (Please see attached I&J schedules). She can continue to make plan payments to the Trustee going forward.

4. Debtor requests the current default is deferred to the end of her Chapter 13 plan.

5. If the Debtor's default is deferred, the unsecured creditors will still receive 10% on their claims, and the plan will complete within 60 months.

**WHEREFORE**, Debtor prays that this Honorable Court enter an Order for the following relief:

1. Deferring her current plan payment default; and
2. For such other relief as this Court deems proper under the circumstances.

Respectfully submitted,

_____/s/ Angelica Harb
Angelica Harb
Law Office of Jason Blust, LLC
211 W. Wacker Dr., Ste. 300
Chicago, IL 60606
312-273-5001